**Order entered December 17, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00910-CR

**DONNIE FREEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 18-10075-86-F**

## ORDER

Before the Court is the State's December 12, 2018 motion for an extension of time to file a brief. We **GRANT** the State's motion in part and **ORDER** the State's brief filed no later than **February 4, 2019**.

/s/    LANA MYERS
          JUSTICE